# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, | ) | No. ED CV 15-82-CAS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| C. CALLAHAN, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

*[signature: Christina A. Snyder]*

DATED: November 2, 2015

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE